85 P.3d 1097–1098

# SUPREME COURT OF HAWAI'I

## February 13, 2004

| 23744 | State v. Harper | Affirmed |
|---|---|---|

## February 17, 2004

| 25927 | State v. Souza | Vacated and Remanded |
|---|---|---|

## February 18, 2004

| 25061 | Boyter v. State, Dept. of Labor and Indus. Relations | Affirmed |
|---|---|---|
| 25705 | State v. Dias | Vacated and Remanded |
| 24855 | State v. Perreira | Affirmed |

## February 19, 2004

| 22975 | Radkai v. Kapalua Bay Hotel and Villas | Affirmed |
|---|---|---|

## February 23, 2004

| 25000 | State v. Kim | Affirmed |
|---|---|---|

## February 26, 2004

| 24085 | Jin v. Brock | Affirmed |
|---|---|---|
| 23491 | Poe v. Hawaii Labor Relations Bd. | Affirmed |
| 23535 | Poe v. Hawaii Labor Relations Bd. | Affirmed |

## March 1, 2004

| 25105 | Abellira v. State | Affirmed |
|---|---|---|
| 25905 | State v. Davis | Vacated and Remanded |

## March 3, 2004

| 25817 | State v. Avilla | Affirmed |
|---|---|---|
| 25818 | State v. Avilla | Affirmed |
| 25819 | State v. Avilla | Affirmed |

## March 5, 2004

| 24695 | Grindling v. State | Affirmed |
|---|---|---|